UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 7, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Michael McClellan

Case No.:        12-28378

Chapter:         13

Judge:           Stacey L. Meisel

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following pages, numbered two (2) through ____2____ is
**ORDERED**.

**DATED: May 7, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2

Debtor:                          Michael McClellan
Case No.:                        12-28378
Caption of Order:                Order Denying Application for an Order Shortening Time

---

**THIS MATTER** having been brought before the Court by the debtor, Michael McClellan

("**Debtor**"), by and through counsel, Law Office of Scott J. Goldstein LLC, by an *Application for*

*Order Shortening Time* (Docket No. 122) seeking an Order from the Court shortening the time

period for notice and a hearing on Debtor's *Motion to Reopen* ("**Motion**") (Docket No. 121); it is

hereby

**ORDERED** as follows:

1.  The Application for Order Shortening Time is denied without prejudice for failure to set forth a reason justifying an expedited hearing; and

2.  Hearing shall be conducted on the Motion on June 13, 2018 at 10:30 AM.

The moving party shall serve this Order on the Chapter 13 Trustee, all creditors and all

parties who entered an appearance on this matter.