UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 7, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Michael McClellan

Case No.:     12-28378

Chapter:     13

Judge:     Stacey L. Meisel

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: May 7, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:              Michael McClellan
Case No.:            12-28378
Caption of Order:    Order Denying Application for an Order Shortening Time

---

**THIS MATTER** having been brought before the Court by the debtor, Michael McClellan ("**Debtor**"), by and through counsel, Law Office of Scott J. Goldstein LLC, by an *Application for Order Shortening Time* (Docket No. 122) seeking an Order from the Court shortening the time period for notice and a hearing on Debtor's *Motion to Reopen* ("**Motion**") (Docket No. 121); it is hereby

**ORDERED** as follows:

1. The Application for Order Shortening Time is denied without prejudice for failure to set forth a reason justifying an expedited hearing; and

2. Hearing shall be conducted on the Motion on June 13, 2018 at 10:30 AM.

The moving party shall serve this Order on the Chapter 13 Trustee, all creditors and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-28378-SLM
Michael McClellan                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: May 07, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Michael McClellan,    32 Riveredge Drive,    Fairfield, NJ 07004-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Suntrust Mortgage, Inc. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    Suntrust Mortgage, Inc. nj.bkecf@fedphe.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, N.A. jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Michael  McClellan sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sean M. O'Brien    on behalf of Creditor    Forethought Life Insurance Company sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    DLJ Mortgage Capital, Inc. sobrien@flwlaw.com
              Steven K. Eisenberg    on behalf of Creditor    SABR Mortgage Loan 2008-1 REO Subsidiary-1 LLC, by
               its Attorney in Fact, Ocwen Loan Servicing LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 10