UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
Fax: 973-453-2869
sjg@sgoldsteinlaw.com
Scott Goldstein (016472004)

Order Filed on July 20, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Michael McClellan

Case No.: 12-28378

Hearing Date: July 11, 2018

Judge: Meisel

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED:** July 20, 2018

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of ____debtor through his attorney Scott J. Goldstein____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael McClellan  
       Debtor

Case No. 12-28378-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 20, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.  
db             +Michael McClellan,    32 Riveredge Drive,    Fairfield, NJ 07004-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:  
      Andrew L. Spivack    on behalf of Creditor    Suntrust Mortgage, Inc. nj.bkecf@fedphe.com  
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.  
       bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
      Jennifer R. Gorchow    on behalf of Creditor    Suntrust Mortgage, Inc. nj.bkecf@fedphe.com  
      Marie-Ann  Greenberg    magecf@magtrustee.com  
      Scott J. Goldstein    on behalf of Debtor Michael  McClellan sjg@sgoldsteinlaw.com,  
       cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
      Sean M. O'Brien    on behalf of Creditor    DLJ Mortgage Capital, Inc. sobrien@flwlaw.com  
      Sean M. O'Brien    on behalf of Creditor    Forethought Life Insurance Company sobrien@flwlaw.com  
      Steven K. Eisenberg    on behalf of Creditor    SABR Mortgage Loan 2008-1 REO Subsidiary-1 LLC, by  
       its Attorney in Fact, Ocwen Loan Servicing LLC bkecf@sterneisenberg.com,  
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                                    TOTAL: 8