**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael McClellan | Social Security number or ITIN  xxx–xx–9761 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–28378–SLM | |

# Order of Discharge                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael McClellan

8/7/18                                                 **By the court:** Stacey L. Meisel
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-28378-SLM
Michael McClellan                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: Aug 07, 2018
                       Form ID: 3180W           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
```
db             +Michael McClellan,    32 Riveredge Drive,    Fairfield, NJ 07004-1023
aty            +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
cr             +SABR Mortgage Loan 2008-1 REO Subsidiary-1 LLC, by,    1040 N. Kings Highway Ste 407,
                 Cherry Hill, NJ 08034-1925
cr             +Suntrust Mortgage, Inc.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
515335792      +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
516532634       DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing Inc.,    Sale Lake City, UT 84165
516532635       DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing Inc.,    Sale Lake City, UT 84165,
                 DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing Inc.,    Sale Lake City, UT 84165
513229145      +Early Warning Services,    16552 N. 90th Street #100,    Scottsdale, AZ 85260-1619
513229147       Experian,    476 Anton Boulevard,    Costa Mesa, CA 92626
513292836       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513318794       FIA Card Services NA as successor in interest to,    Bank of America NA (USA) and MBNA,
                 America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513229160      +First National Bank of Omaha,    1620 Dodge St,    Stop Code 3105,    Omaha, NE 68197-0003
513229161      +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
513229162      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
513229143     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    PO Box 281,    Trenton, NJ 08695)
513229165       Superior Court of New Jersey,    Civil Customer Service,    Hall of Records  Room 201,
                 465 Dr. M.L.K. Blvd,    Newark, NJ 07102
513229146      +Transunion,    P.O. Box 6790,    Fullerton, CA 92834-9416
513500180      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513229171      +Zwicker & Associates, P.C.,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 00:02:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513229148      +EDI: GMACFS.COM Aug 08 2018 03:18:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
513339933      +EDI: GMACFS.COM Aug 08 2018 03:18:00      Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,
                 Roseville, MN 55113-0004
513229149      +EDI: BECKLEE.COM Aug 08 2018 03:19:00      American Express,    c/o Beckett & Lee,
                 P.O. Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
513307647       EDI: BECKLEE.COM Aug 08 2018 03:19:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513326766       EDI: BECKLEE.COM Aug 08 2018 03:19:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513229150       EDI: AMEREXPR.COM Aug 08 2018 03:19:00      Amex,    P.O. Box 297871,
                 Fort Lauderdale, FL 33329-7871
513330642      +EDI: OPHSUBSID.COM Aug 08 2018 03:19:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513229151      +EDI: BANKAMER2.COM Aug 08 2018 03:19:00      Bank Of America,    Po Box 1598,
                 Norfolk, VA 23501-1598
513229152      +EDI: BANKAMER.COM Aug 08 2018 03:19:00      Bank Of America/FIA Card Services, N.A.,
                 Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
513229153       EDI: CAPITALONE.COM Aug 08 2018 03:19:00      Cap One,    Po Box 85520,    Richmond, VA 23285
513229154       EDI: SEARS.COM Aug 08 2018 03:19:00      Cbusasears,    133200 Smith Rd,    Cleveland, OH 44130
513229155      +EDI: CHASE.COM Aug 08 2018 03:19:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513229144      +Fax: 602-659-2196 Aug 08 2018 00:34:19      Chex Systems, Inc.,    Attn:Consumer Relations,
                 7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
513229156      +EDI: CITICORP.COM Aug 08 2018 03:19:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
513229157      +EDI: CITICORP.COM Aug 08 2018 03:19:00      Citicards Centralized Bankruptcy,    P.O. Box 20507,
                 Kansas City, MO 64195-0507
513240534       EDI: DISCOVER.COM Aug 08 2018 03:19:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513229158      +EDI: DISCOVER.COM Aug 08 2018 03:19:00      Discover Fin,    Attention: Bankruptcy Department,
                 Po Box 3025,    New Albany, OH 43054-3025
513229159      +EDI: BANKAMER2.COM Aug 08 2018 03:19:00      Fia Csna,    P.O. Box 17054,
                 Wilmington, DE 19884-0001
517104896      +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2018 00:03:29
                 Forethought Life Insurance Company,    c/o Select Portfolio Servicing, Inc.,
                 3217 S Decker Lake Dr.,    Salt Lake City, UT 84119,    Forethought Life Insurance Company,
                 c/o Select Portfolio Servicing, Inc. 84119-3284
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Aug 07, 2018
                              Form ID: 3180W           Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517104895      +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2018 00:03:29
                Forethought Life Insurance Company,    c/o Select Portfolio Servicing, Inc.,
                3217 S Decker Lake Dr.,    Salt Lake City, UT 84119-3284
513229142       EDI: IRS.COM Aug 08 2018 03:19:00      Internal Revenue Service,
                Internal Revenue Centralized Insolvency,    Operation,   PO Box 7346,
                Philadelphia, PA 19101-7346
513330911      +EDI: OPHSUBSID.COM Aug 08 2018 03:18:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513369502       EDI: BL-BECKET.COM Aug 08 2018 03:20:00      Main Street Acquisition Corp assignee of CHASE,
                BANK USA N A,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513434741       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541
513495712       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    c/o Capital One, Na,
                POB 41067,    Norfolk VA 23541
513498325       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,
                c/o Sears Premier Card,    PO Box 41067,    Norfolk VA 23541
513498327       EDI: PRA.COM Aug 08 2018 03:18:00      Portfolio Recovery Associates, LLC,    c/o Us Bank,
                PO Box 41067,    Norfolk VA 23541
513493715      +Fax: 407-737-5634 Aug 08 2018 01:04:19      SABR Mortgage Loan,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
513229164       EDI: SEARS.COM Aug 08 2018 03:19:00      Sears/Cbna,    133200 Smith Rd,    Cleveland, OH 44130
513229163      +EDI: SEARS.COM Aug 08 2018 03:19:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
513229166       EDI: USBANKARS.COM Aug 08 2018 03:18:00      U S Bank,    101 5th St E Ste A,
                Saint Paul, MN 55101
513272814       EDI: USBANKARS.COM Aug 08 2018 03:18:00      US BANK N.A.,    BANKRUPTCY DEPARTMENT,
                P.O. BOX 5229,    CINCINNATI, OH 45201-5229
513229167      +EDI: CITICORP.COM Aug 08 2018 03:19:00      Unvl/Citi,    Po Box 6241,
                Sioux Falls, SD 57117-6241
513229168       EDI: WFFC.COM Aug 08 2018 03:19:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701
513327720       EDI: WFFC.COM Aug 08 2018 03:19:00      Wells Fargo Bank NA,    PO Box 10438,
                Des Moines IA   50306-0438
513229169      +EDI: WFFC.COM Aug 08 2018 03:19:00      Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                               TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                Mountainside, NJ 07092-2315
aty*           +Joel A. Ackerman,    Zucker, Goldberg & Ackerman,    200 Sheffield St.,    Suite 301,
                Mountainside, NJ 07092-2315
513231044*     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
513636502*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541)
513424316*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
513229170     ##+Zucker Goldberg and Ackerman, LLC,    200 Sheffield Street - Suite 101,    PO Box 1024,
                Mountainside, NJ 07092-0024
513229172     ##+Zwicker & Associates, P.C.,    1101 Laurel Oak Road, Suite 130,    Voorhees, NJ 08043-4322
                                                                                     TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Aug 07, 2018
                              Form ID: 3180W           Total Noticed: 57
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    Suntrust Mortgage, Inc. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    Suntrust Mortgage, Inc. nj.bkecf@fedphe.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Michael  McClellan sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sean M. O'Brien    on behalf of Creditor    DLJ Mortgage Capital, Inc. sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Forethought Life Insurance Company sobrien@flwlaw.com
              Steven K. Eisenberg    on behalf of Creditor    SABR Mortgage Loan 2008-1 REO Subsidiary-1 LLC, by
               its Attorney in Fact, Ocwen Loan Servicing LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                          TOTAL: 8
```